# COURT OF ERRORS AND APPEALS.

JOHN GETSINGER *et al.*, appellants, and JONATHAN LORE *et al.*, respondents.

This case, and the decision of the Chancellor thereupon, is reported *ante*, page 191.

*L. Q. C. Elmer* for the appellants.

*Wm. Halsted* for the respondents.

The Reporter has not been able to obtain any opinion delivered in the Court of Errors and Appeals in this case, and is therefore unable to state on what point or points that court differed from the opinion of the Chancellor.

The decree of the Chancellor was reversed, unanimously.